**Electronically Filed
Supreme Court
SCWC-12-0000645
24-NOV-2015
10:37 AM**

SCWC-12-0000645

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

HANNAH HARRISON,
Respondent/Petitioner/Appellant/Appellant,

vs.

GORDON I. ITO, INSURANCE COMMISSIONER,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAIʻI,
Respondent/Respondent/Appellee-Appellee,

and

EVERCARE,
Petitioner/Respondent/Appellee-Appellee.

(SCWC-12-0000645; CAAP-12-0000645;
CIV. NO. 11-1-2903; HER-11-156920)

----------------------------------------------------------------

JENIVIE DELOS REYES, FRANKLIN BIDDINGER, FLOYD HAYES,
JOHN VILLANUEVA, and TEHINE AVILLA,
Respondents/Petitioners/Appellants-Cross-Appellees/Appellants,

vs.

GORDON I. ITO, INSURANCE COMMISSIONER,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAIʻI,
Respondent/Respondent/Appellee-Appellee,

and

EVERCARE,
Petitioner/Respondent/Appellee-Cross-Appellant/Appellee.

(SCWC-12-0000646; CAAP-12-0000646;
CIV. NO. 11-1-2553; HER-11-156817,
11-156241, 11-156361, 11-156251 & 11-155841)

----------------------------------------------------------------

AUDREY DELOS SANTOS,
Respondent/Petitioner/Appellant/Appellant,

vs.

GORDON I. ITO, INSURANCE COMMISSIONER,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAIʻI,
Respondent/Respondent/Appellee-Appellee,

and

EVERCARE,
Petitioner/Respondent/Appellee-Appellee.

(SCWC-12-0000647; CAAP-12-0000647;
CIV. NO. 11-1-2542; HER-10-154685)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner's Application for Writ of Certiorari filed

on October 15, 2015, is hereby accepted and will be scheduled for

oral argument.  The parties will be notified by the appellate

clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, November 24, 2015.

| | |
|---|---|
| Dianne Winter Brookins and Morgan Early for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Rafael G. Del Castillo for respondents Hannah Harrison, Jenivie Delos Reyes, Franklin Biddinger, Floyd Hayes, John Villanueva, Tehine Avilla and Audrey Delos Santos | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |



2